UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF
MICHIGAN,

    Plaintiff,

v.

ANTHONY HOLLOWAY,

    Defendant.
_____/

Case No. 1:17-cv-789

HON. JANET T. NEFF

## **ORDER**

This is a civil action involving a *pro se* litigant. On August 30, 2017, the Magistrate Judge issued a Report and Recommendation, recommending that this action be remanded to the state court. The Report and Recommendation was duly served on Defendant. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 4) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the state court.

A Judgment will be entered consistent with this Order.


Dated: September 25, 2017                                  /s/ Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge